STATIC CONTROL COMPONENTS INC. v. LEXMARK INTERNATIONAL INC. et al                                Doc. 1 Att. 5

# EXHIBIT 5 – FILED UNDER SEAL



FILED
OCT 31 2006   06ms474
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT