UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., <br><br> PLAINTIFF/COUNTERCLAIM DEFENDANT <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br><br> DEFENDANT/COUNTERCLAIM PLAINTIFF <br><br> v. <br><br> WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES <br><br> COUNTERCLAIM DEFENDANT <br><br> v. <br><br> PENDL COMPANIES, INC. <br><br> COUNTERCLAIM DEFENDANT <br><br> v. <br><br> NER DATA PRODUCTS, INC. <br><br> COUNTERCLAIM DEFENDANT | Civil Action No. 04-CV-84-GFVT <br> Pending in United States District Court <br> East District of Kentucky <br> Honorable Gregory F. Van Tatenhove <br><br> Miscellaneous Action No. 06-00474-GK |

### ~~PROPOSED~~ ORDER GRANTING MOTION TO SEAL

Upon consideration of the motion of Lexmark International, Inc.'s Motion to Seal, it is hereby ORDERED as follows:

Lexmark International, Inc.'s Motion to Seal is granted.

SIGNED and ENTERED this _15th_ day of _Nov_, 2006.

_Gladys Kessler_
United States District Judge