UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., | |
|     PLAINTIFF/COUNTERCLAIM DEFENDANT | |
| v. | |
| LEXMARK INTERNATIONAL, INC., | |
|     DEFENDANT/COUNTERCLAIM PLAINTIFF | Civil Action No. 04-CV-84-GFVT<br>Pending in United States District Court<br>East District of Kentucky |
| v. | Honorable Gregory F. Van Tatenhove |
| WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES | Miscellaneous Action No. 06-00474-GK |
|     COUNTERCLAIM DEFENDANT | |
| v. | |
| PENDL COMPANIES, INC. | |
|     COUNTERCLAIM DEFENDANT | |
| v. | |
| NER DATA PRODUCTS, INC. | |
|     COUNTERCLAIM DEFENDANT | |

**LEXMARK INTERNATIONAL, INC.'S NOTIFICATION OF RULING
IN A RELATED ACTION**

Defendant and Counterclaim Plaintiff Lexmark International, Inc. ("Lexmark") respectfully notifies this Court of an Order issued on December 8, 2006, by Honorable John D. Bates of the U.S. District Court for the District of Columbia (attached hereto).

Pending in this court is a Motion to Quash filed by McDermott, Will & Emery ("MWE"), who represents Static Control Components, Inc. in the underlying action pending in the Eastern District of Kentucky. The attached Order by Judge Bates concerns a related motion to quash filed by MWE's co-counsel Constantine Cannon, who also represents Static Control Components, Inc.

Respectfully submitted,

Dated: December 26, 2006                By:    /s/ Christopher B. Roth

Joseph M. Potenza
Robert S. Katz
Frederic M. Meeker
Christopher B. Roth
BANNER & WITCOFF, LTD.
1001 G Street, N.W., Suite 1100
Washington, DC  20001
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Mark T. Banner
Christopher J. Renk
Timothy C. Meece
Binal J. Patel
Matthew P. Becker
Jason S. Shull
Robert H. Resis
Allen E. Hoover
Bradley Rademaker
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL  60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Andrew CopenHaver
Hada Haulsee
WOMBLE CARLYLE SANDRIDGE
AND RICE, PLLC
One West Fourth Street

Winston-Salem, NC 27101
Telephone: (336) 721-3629
Facsimile: (336) 721-3660

Charles E. Shivel, Jr.
Steven B. Loy
Hanly A. Ingram
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
   Facsimile: (859) 253 1093

**Attorneys for
Defendant/Counterclaim Plaintiff,
Lexmark International, Inc.**

## **CERTIFICATION**

This is to certify that a true and accurate copy of the foregoing has been served December 26, 2006 by U.S. Mail, postage prepaid, as follows:

**COUNSEL FOR STATIC CONTROL COMPONENTS, INC.**

| | |
|---|---|
| Mickey T. Webster<br>W. Craig Robertson, III<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507 | Seth D. Greenstein<br>CONSTANTINE CANNON, PC<br>1627 Eye Street, N.W.<br>Tenth Floor<br>Washington, DC 20006 |
| Paul E. Poirot<br>William H. Barrett<br>Melise R. Blakeslee<br>Stefan M. Meisner<br>MCDERMOTT, WILL & EMERY<br>600 13th Street, N.W.<br>Washington, D.C.  20005-3096 | Kevin M. Bolan<br>MCDERMOTT, WILL & EMERY<br>28 State Street<br>Boston, MA 02109-1775 |
| William L. London<br>STATIC CONTROL COMPONENTS, INC.<br>3010 Lee Avenue, P.O. Box 152<br>Sanford, North Carolina  27331 | Allison W. Freedman<br>James B. Heaton, III<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP<br>54 W. Hubbard Street<br>Chicago, IL 60610 |
| Joseph C. Smith, Jr.<br>Alison G. Wheeler<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202 | |

**COUNSEL FOR WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES**

| | |
|---|---|
| Andrew D. DeSimone<br>Douglas L. McSwain<br>STURGILL, TURNER, BARKER<br>& MOLONEY, PLLC<br>155 E. Main St., Suite 400<br>Lexington, KY 40507-1317 | A. Steven Dotan<br>Darren S. Enenstein<br>Geronimo Perez<br>Ned Gelhaar<br>O. Andrew Wheaton<br>Stephen J. Rafferty<br>MOLDO, DAVIDSON, FRAIOLI, SEROR &<br>SESTANOVICH, LLP<br>2029 Century Park East, 21st Floor<br>Los Angeles, CA 90067 |
| Elizabeth L. Swanson<br>SWANSON AND ASSOCIATES<br>9454 Wilshire Boulevard<br>Suite 500<br>Beverly Hills, CA 90212 | Steven P. Bogart<br>REINHART BOERNER VAN DEUREN S.C.<br>1000 N. Water Street<br>Suite 2100<br>Milwaukee, WI 53202 |

**COUNSEL FOR NER DATA PRODUCTS, INC.**

| | |
|---|---|
| Andrew C. Oatway<br>MORISI & OATWAY<br>1400 Hancock St., 3rd Floor<br>Quincy, MA 02169 | Thomas C. O'Konski<br>Michael R. Reinemann<br>CESARI & MCKENNA, LLP<br>88 Black Falcon Avenue<br>Boston, Massachusetts 02210 |
| Jay E. Ingle<br>JACKSON & KELLY<br>175 E. Main Street<br>P.O. Box 2150<br>Lexington, KY 40588 | Daniel E. Danford<br>Elizabeth L. Thompson<br>STITES & HARBISON, PLLC<br>250 W. Main Street<br>2300 Lexington Financial Officer<br>Lexington, KY 40507 |

**COUNSEL FOR NER PENDL COMPANIES, INC.**

| | |
|---|---|
| Joel T. Beres<br>Jack A. Wheat<br>Jennifer L. Kovalcik<br>William Charles Ferrell, Jr.<br>STITES & HARBISON, PLLC<br>400 West Market Street<br>Suite 1800<br>Louisville, KY 40202-3352 | James R. Michels<br>STITES & HARBISON, PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219 |
| David H. Weber<br>LIEBMANN, CONWAY, OLEJNICZAK & JERRY, S.C.<br>231 South Adams Street<br>Green Bay, WI 54301 | Michael P. Foley<br>RENDIGS, FRY, KIELY & DENNIS, L.L.P.<br>900 Fourth & Vine Tower<br>One West Fourth Street<br>Cincinnati, OH 45202-3688 |

BY:   /s/ Christopher B. Roth
ATTORNEYS FOR LEXMARK

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED

DEC 1 8 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

STATIC CONTROL COMPONENTS,
INC.

    Plaintiff,

    v.

LEXMARK INT'L, INC.,

    Defendant.

Misc. Action No. 06-478 (JDB)

## ORDER

Before the Court is the motion of the law firm of Constantine Cannon, P.C. ("Constantine Cannon") to quash a subpoena served by Lexmark International, Inc. ("Lexmark") seeking deposition testimony and production of documents from Constantine Cannon. The subpoena was served by Lexmark in connection with its patent infringement counterclaims pending in the Eastern District of Kentucky in Static Control Components, Inc. v. Lexmark Int'l, Inc., Civil Action No. 04-CV-0084-GFVT, in which, among other things, Lexmark alleges that Static Control Components ("Static Control"), Pendl Companies, Inc. ("Pendl") and others have infringed a patent held by Lexmark. Constantine Cannon is trial counsel for Static Control, and claims that the subpoena served on it seeks documents and testimony protected by the attorney-client privilege, the work product doctrine, and the joint defense privilege, based on Lexmark's erroneous contention that Pendl's assertion of an advice-of-counsel defense in the Kentucky litigation has waived not only Pendl's own privileges, but also those held by Static Control and Constantine Cannon.

Lexmark now requests that Constantine Cannon's motion be held in abeyance until certain

pending discovery motions are resolved in the Kentucky litigation. These include a motion by Constantine Cannon's co-counsel, Wyatt, Tarrant & Combs ("Wyatt"), to quash a subpoena from Lexmark that is substantially the same as the subpoena served on Constantine Cannon that is at issue before this Court. The Court has reviewed Wyatt's motion to quash (Lexmark's Surreply, Ex. O), and it is apparent that the identical issues raised by Constantine Cannon before this Court are also pending before the Kentucky court. Lexmark further notes that Pendl has filed a motion for protective order (id., Ex. L) in the Kentucky court that may have an impact on the outcome of Constantine Cannon's motion to quash.

In the interests of efficiency and judicial comity, the Court will defer ruling on Constantine Cannon's motion to quash until the Kentucky court has ruled on the motions filed by Wyatt and Pendl. Constantine Cannon is correct that it appropriately filed its motion to quash in this Court pursuant to Fed. R. Civ. P. 45(c)(1). But as a general matter, to the extent feasible, it is preferable that the trial court should resolve issues relating to discovery, rather than having a court unfamiliar with the underlying case and its history take on such matters. Considering that, as a practical matter, it is Lexmark's own subpoena that is being held in abeyance, the Court can discern no significant prejudice to Constantine Cannon from granting Lexmark's request.

Accordingly, it is hereby

ORDERED that [9] Lexmark's motion for leave to file a surreply brief is GRANTED; it is further

ORDERED that this action shall be held in abeyance pending further Order of the Court; and it is further

ORDERED that the parties shall submit a status report to the Court by not later than January 19, 2006, and shall therein describe the status of the above-referenced Wyatt and Pendl

motions and any other related matters that may affect disposition of Constantine Cannon's motion to quash.

SO ORDERED.

                                                         /s/ John D. Bates
                                                       JOHN D. BATES
                                                       United States District Judge

Date:   December 8, 2006

Service List:

Seth D. Greenstein
Julie Chen Clocker
CONSTANTINE CANNON, P.C.
1627 Eye Street, N.W.
Washington, D.C. 2006
Fax: (202) 204-3501
*Counsel for Static Control Components, Inc.*

Paul E. Poirot
William Barrett
MCDERMOTT, WILL & EMERY
600 13th Street, N.W.,
Washington, D.C. 20005
Fax: 202-756-8087
*Counsel for Static Control Components, Inc.*

Joseph C. Smith, Jr.
Bartlit Beck Herman Palenchar & Scott, LLP
1899 Wynkoop Street, 8th Floor
Denver, Colorado 80202
Fax (303) 592-3140
*Counsel for Static Control Components, Inc.*

Charles F. Shivel, Jr.
Steven B. Loy
Hanly A. Ingram
STOLL, KEENON & PARK, LLP
300 West Vine St., Suite 2100
Lexington, KY 40507
Fax: (859) 253-1093
*Counsel for Lexmark Int'l, Inc.*

Joseph M. Potenza
BANNER & WITCOFF, LTD.
1001 G Street, NW, 11th Floor
Washington, DC 20001
Fax: (202) 508-9299
*Counsel for Lexmark Int'l, Inc.*

Michael L. Krashin
Christopher J. Renk
Binal J. Patel
Jason S. Shull
Timothy C. Meece
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Fax: (312) 715-1234
*Counsel for Lexmark Int'l, Inc.*

David A. Shirlen
Mark N. Poovey
John F. Morrow, Jr.
WOMBLE CARLYLE SANDRIDGE
 AND RICE, PLLC
One West Fourth St.
Winston-Salem, NC 27101
Fax: (336) 721-3660
*Counsel for Lexmark Int'l, Inc.*

Andrew D. DeSimone
Douglas L. McSwain
STURGILL, TURNER, BARKER
 & MOLONEY PLLC
155 E. Main St., Suite 400
Lexington, KY 40507-1317
Fax: (859) 231-0851
*Counsel for Wazana Brothers Int'l, Inc.*

A. Steven Dotan
Darren S. Enenstein
Ned Gelhaar
James M. Gilbert
Jeffrey R. Glassman
Gregory Kim
Kimberly D. Lewis
Steven E. Moyer
Ira M. Siegel
MOLDO DAVIDSON FRAIOLI SEROR & SESTANOVICH, LLP
1925 Century Park East, 16th Floor
Los Angeles, CA 90067
*Counsel for Wazana Brothers Int'l, Inc.*

Joel T. Beres
Jack A. Wheat
Jennifer L. Kovalcik
STITES & HARBISON, PLLC
400 W. Market St., Suite 1800
Louisville, KY 40202
Fax: (502) 587-6391
*Counsel for Pendl Cos., Inc.*

Daniel E. Danford
Elizabeth L. Thompson
STITES & HARBISON, PLLC
250 W. Main Street
2300 Lexington Financial Center
Lexington, KY 40507
Fax: (859) 253-9144
*Counsel for Pendl Cos., Inc.*

Jay E. Ingle
JACKSON & KELLY
175 E. Main Street
P.O. Box 2150

82782.1

Lexington, KY 40588
Fax: (859) 288-2849
*Counsel for NER Data Products, Inc.*

82782.1

Thomas C. O'Konski
Michael R. Reinemann
CESARI & MCKENNA, LLP
88 Black Falcon Avenue
Boston, MA 02210
Fax: (617) 951-3927
*Counsel for NER Data Products, Inc.*

Andrew C. Oatway
MORISI & OATWAY
1400 Hancock St., 3rd Floor
Quincy, MA 02169
Fax: (617) 479-6885
*Counsel for NER Data Products, Inc.*

82782.1