NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

MISCELLANEOUS DOCKET NO. 830

IN RE SEAGATE TECHNOLOGY, LLC,

                                        Petitioner.

ON PETITION FOR WRIT OF MANDAMUS

Before MICHEL, Chief Judge, NEWMAN, MAYER, LOURIE, RADER, SCHALL, BRYSON, GAJARSA, LINN, DYK, PROST, and MOORE, Circuit Judges.

PER CURIAM.

### ORDER

This petition for writ of mandamus, having been reviewed by the Motions Panel, was thereafter referred to the circuit judges who are in regular active service and authorized to request a poll on whether to hear this matter en banc. A poll was requested, taken, and the court has decided sua sponte that the petition is appropriate for en banc consideration,

IT IS ORDERED THAT:

The parties are invited to address the following questions:

(1) Should a party's assertion of the advice of counsel defense to willful infringement extend waiver of the attorney-client privilege to communications with that party's trial counsel? See In re EchoStar Commc'n Corp., 448 F.3d 1294 (Fed. Cir. 2006).

(2) What is the effect of any such waiver on work-product immunity?

(3) Given the impact of the statutory duty of care standard announced in Underwater Devices, Inc. v. Morrison-Knudsen Co., 717 F.2d 1380 (Fed. Cir.

1983), on the issue of waiver of attorney-client privilege, should this court reconsider the decision in <u>Underwater Devices</u> and the duty of care standard itself?

This petition will be heard en banc on the basis of the new briefs addressing, inter alia, the issues set forth above. An original and thirty copies of all briefs shall be filed, and two copies served on opposing counsel. The Petitioner shall file a brief within thirty days from the date of the filing of this order. The brief from the Respondent is due thirty days thereafter; and any reply brief from the Petitioner is due ten days thereafter. Briefs shall adhere to the type-volume limitations set forth in Federal Rule of Appellate Procedure 32 and Federal Circuit Rule 32.

Motions to file an amicus brief and to file a reply brief are denied as moot. The motion to vacate the temporary stay issued by this court is denied. MAYER, <u>Circuit Judge</u>, would grant the motion.

Briefs of amici curiae will be entertained in accordance with Federal Rule of Appellate Procedure 29 and Federal Circuit Rule 29. Scheduling of oral argument, if any, will be resolved at a later date.

FOR THE COURT

January 26, 2007          /s/ Jan Horbaly
Date                      Jan Horbaly
                          Clerk

cc:   Brian E. Ferguson, Esq.
      Debra Brown Steinberg, Esq.
      Alison M. Tucher, Esq.
      U.S.D.C. SD/NY, Clerk
      U.S.D.C. SD/NY, Judge

M.830                                 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC.,<br>    PLAINTIFF/COUNTERCLAIM<br>    DEFENDANT<br><br>v.<br><br>LEXMARK INTERNATIONAL, INC.,<br>    DEFENDANT/COUNTERCLAIM<br>    PLAINTIFF<br><br>v.<br><br>WAZANA BROTHERS INTERNATIONAL,<br>INC. d/b/a MICRO SOLUTIONS ENTERPRISES<br>    COUNTERCLAIM DEFENDANT<br>v.<br><br>PENDL COMPANIES, INC.<br>    COUNTERCLAIM DEFENDANT<br><br>v.<br><br>NER DATA PRODUCTS, INC.<br>    COUNTERCLAIM DEFENDANT | Pending in the United States District Court Eastern District of Kentucky, before the Honorable Gregory F. Van Tatenhove, Civil Action 04-CV-84-GFVT.<br><br>MISC. ACTION NO. 06-0474-GK |

**MCDERMOTT WILL AND EMERY LLP'S NOTICE OF RULING:**

**ORDER ON PETITION FOR WRIT OF MANDAMUS REGARDING *IN RE ECHOSTAR*, DATED JANUARY 26, 2007**

McDermott Will & Emery LLP ("McDermott") respectfully notifies this Court of an Order, dated January 26, 2007, by the United States Court of Appeals for the Federal Circuit in *In re Seagate Technology LLC*, a copy of which is attached hereto. The Order grants a Petition for a Writ of Mandamus to consider *en banc* the following questions:



RECEIVED
JAN 2 9 2007
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

1. Should a party's assertion of the advice of counsel defense to willful infringement extend waiver of the attorney-client privilege to communications with that party's trial counsel? *See In re EchoStar Commc'n Corp.*, 448 F.3d 1294 (Fed. Cir. 2006).

2. What is the effect of any such waiver on work-product immunity?

3. Given the impact of the statutory duty of care standard announced in *Underwater Devices, Inc. v. Morrison-Knudsen Co.*, 717 F2d 1380 (Fed. Cir. 1983), on the issue of waiver of attorney-client privilege, should this court reconsider the decision in *Underwater Devices* and the duty of care standard itself?

*In re Echostar* has been cited by both Lexmark International Inc. and McDermott in connection with this motion to quash.

Dated: January 29, 2007

Respectfully Submitted,

*[signature]*

William H. Barrett (D.C. Bar No. 954131)
Stefan M. Meisner (D.C. Bar No. 467886)
Paul E. Poirot (D.C. Bar No. 459844)
MCDERMOTT WILL & EMERY LLP
600 Thirteenth Street, N.W.
Washington, D.C. 20005-3096
Telephone: 202.756.8000

*Attorneys for McDermott Will & Emery LLP, and Plaintiff/Counterclaim Defendant*
*STATIC CONTROL COMPONENTS, INC.*

## CERTIFICATE OF SERVICE

I hereby certify that true and correct copies of the foregoing were served this 29th day of January 2007, by electronic mail, to the following (*) individuals:

**BY ELECTRONIC MAIL:**

Charles F. Shivel, Jr.
Steven B. Loy*
Hanly A. Ingram
STOLL, KEENON & PARK, LLP
300 West Vine St., Suite 2100
Lexington, KY 40507
Fax: (859) 253-1093
*Counsel for Lexmark Int'l, Inc.*

Joseph M. Potenza*
BANNER & WITCOFF, LTD.
1001 G Street, NW, 11th Floor
Washington, DC 20001
Fax: (202) 508-9299
*Counsel for Lexmark Int'l, Inc.*

Christopher J. Renk
Binal J. Patel*
Jason S. Shull
Timothy C. Meece
BANNER & WITCOFF, LTD.
10 S. Wacker Dr., Suite 3000
Chicago, IL 60606
Fax: (312) 715-1234
*Counsel for Lexmark Int'l, Inc.*

W. Andrew Copenhaver*
Donald R. Esposito, Jr.
Hada V. Haulsee, Mark N. Poovey
WOMBLE, CARLYLE, SANDRIDGE & RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
*Counsel for Lexmark Int'l, Inc.*

_____
McDermott Will & Emery LLP

WDC99 1342006-1.059787.0017

3