UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| STATIC CONTROL COMPONENTS, INC., <br><br> PLAINTIFF/COUNTERCLAIM DEFENDANT <br><br> v. <br><br> LEXMARK INTERNATIONAL, INC., <br><br> DEFENDANT/COUNTERCLAIM PLAINTIFF <br><br> v. <br><br> WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES <br><br> COUNTERCLAIM DEFENDANT <br><br> v. <br><br> PENDL COMPANIES, INC. <br><br> COUNTERCLAIM DEFENDANT <br><br> v. <br><br> NER DATA PRODUCTS, INC. <br><br> COUNTERCLAIM DEFENDANT | Civil Action No. 04-CV-84-GFVT <br> Pending in United States District Court <br> East District of Kentucky <br> Honorable Gregory F. Van Tatenhove <br><br> Miscellaneous Action No. 06-00474-GK |

## NOTICE OF CHANGE OF FIRM ADDRESS

**TO THE COURT, ALL PARTIES AND ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, effective February 26, 2007, the Washington, DC office of **Banner & Witcoff, Ltd.** will move to 1100 13th Street, N.W., Suite 1200, Washington, DC

20005-4051.  The firm's telephone number, (202) 824-3000, and facsimile number, (202) 824-3001, will remain the same.  Please update your service lists accordingly.

        Respectfully submitted,

Dated: February 28, 2007        By:   /s/ Christopher B. Roth

Joseph M. Potenza
Robert S. Katz
Frederic M. Meeker
Christopher B. Roth
BANNER & WITCOFF, LTD.
1100 13th Street, N.W., Suite 1200,
Washington, DC 20005-4051
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Mark T. Banner
Christopher J. Renk
Timothy C. Meece
Binal J. Patel
Matthew P. Becker
Jason S. Shull
Robert H. Resis
Allen E. Hoover
Bradley Rademaker
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL  60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

Andrew CopenHaver
Hada Haulsee
WOMBLE CARLYLE SANDRIDGE
AND RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone:  (336) 721-3629
Facsimile: (336) 721-3660

Charles E. Shivel, Jr.
Steven B. Loy

2

Hanly A. Ingram
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
Facsimile: (859) 253 1093

**Attorneys for
Defendant/Counterclaim Plaintiff,
Lexmark International, Inc.**

## CERTIFICATION

This is to certify that a true and accurate copy of the foregoing has been served February 28, 2007 by U.S. Mail, postage prepaid, as follows:

**COUNSEL FOR STATIC CONTROL COMPONENTS, INC.**

| | |
|---|---|
| Mickey T. Webster<br>W. Craig Robertson, III<br>WYATT, TARRANT & COMBS, LLP<br>250 West Main Street, Suite 1600<br>Lexington, KY 40507 | Seth D. Greenstein<br>CONSTANTINE CANNON, PC<br>1627 Eye Street, N.W.<br>Tenth Floor<br>Washington, DC 20006 |
| Paul E. Poirot<br>William H. Barrett<br>Melise R. Blakeslee<br>Stefan M. Meisner<br>MCDERMOTT, WILL & EMERY<br>600 13th Street, N.W.<br>Washington, D.C. 20005-3096 | Kevin M. Bolan<br>MCDERMOTT, WILL & EMERY<br>28 State Street<br>Boston, MA 02109-1775 |
| William L. London<br>STATIC CONTROL COMPONENTS, INC.<br>3010 Lee Avenue, P.O. Box 152<br>Sanford, North Carolina 27331 | James B. Heaton, III<br>Allison W. Freedman<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP<br>54 W. Hubbard Street<br>Chicago, IL 60610 |
| Joseph C. Smith, Jr.<br>Alison G. Wheeler<br>BARTLIT BECK HERMAN PALENCHAR & SCOTT, LLP<br>1899 Wynkoop Street, 8th Floor<br>Denver, CO 80202 | Stanley L. Amberg *admitted pro hac vice*<br>11 Carolyn Lane<br>Chappaqua, NY 10514 |

**COUNSEL FOR WAZANA BROTHERS INTERNATIONAL, INC. d/b/a MICRO SOLUTIONS ENTERPRISES**

| | |
|---|---|
| Andrew D. DeSimone<br>Douglas L. McSwain<br>STURGILL, TURNER, BARKER & MOLONEY, PLLC<br>333 West Vine Street, Suite 1400<br>Lexington, KY 40507 | Darren S. Enenstein<br>A. Steven Dotan<br>O. Andrew Wheaton<br>Ned Gelhaar<br>Geronimo Perez<br>RICHARDSON & PATEL, LLP<br>10900 Wilshire Boulevard, Suite 500<br>Los Angeles, CA 90024 |

| | |
|---|---|
| Elizabeth L. Swanson<br>SWANSON AND ASSOCIATES<br>9454 Wilshire Boulevard<br>Suite 500<br>Beverly Hills, CA 90212 | |

**COUNSEL FOR NER DATA PRODUCTS, INC.**

| | |
|---|---|
| Andrew C. Oatway<br>MORISI & OATWAY<br>1400 Hancock St., 3rd Floor<br>Quincy, MA 02169 | Thomas C. O'Konski<br>Michael R. Reinemann<br>CESARI & MCKENNA, LLP<br>88 Black Falcon Avenue<br>Boston, Massachusetts 02210 |
| Jay E. Ingle<br>JACKSON KELLY, PLLC<br>175 E. Main Street<br>P.O. Box 2150<br>Lexington, KY 40588 | John M. Famularo<br>Daniel E. Danford<br>Elizabeth L. Thompson<br>STITES & HARBISON, PLLC<br>250 W. Main Street<br>2300 Lexington Financial Officer<br>Lexington, KY 40507 |

**COUNSEL FOR PENDL COMPANIES, INC.**

| | |
|---|---|
| Joel T. Beres<br>Jack A. Wheat<br>Jennifer L. Kovalcik<br>William Charles Ferrell, Jr.<br>STITES & HARBISON, PLLC<br>400 West Market Street<br>Suite 1800<br>Louisville, KY 40202-3352 | James R. Michels<br>STITES & HARBISON, PLLC<br>424 Church Street<br>Suite 1800<br>Nashville, TN 37219 |
| David H. Weber<br>LIEBMANN, CONWAY, OLEJNICZAK &<br>JERRY, S.C.<br>231 South Adams Street<br>Green Bay, WI 54301 | |

**COUNSEL FOR AMERICAN FAMILY MUTUAL INSURANCE**

| | |
|---|---|
| Terry L. Booth<br>Amy E. Wochos<br>PIPER & SCHMIDT<br>Fifth Floor - Van Buren Building<br>733 North Van Buren Street<br>Milwaukee, WI 53202-4709 | |

**COUNSEL FOR QUALITY MANUFACTURING COMPANY, INC.**

| | |
|---|---|
| John H. Rompf<br>Nanci Marian House<br>WHITE, McCANN & STEWART<br>125 South Main Street<br>P.O. Box 578<br>Winchester, KY 40392 | |

**COUNSEL FOR MARKETING AND OPINION RESEARCH**

| | |
|---|---|
| Christopher Lee<br>7475 Wisconsin Avenue, Suite 200<br>Bethesda, MD 20814 | |

 

BY:   /s/ Christopher B. Roth
ATTORNEYS FOR LEXMARK