UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

STATIC CONTROL COMPONENTS, INC.,

    PLAINTIFF/COUNTERCLAIM
    DEFENDANT

v.

LEXMARK INTERNATIONAL, INC.,

    DEFENDANT/COUNTERCLAIM
    PLAINTIFF

v.

WAZANA BROTHERS INTERNATIONAL,
INC. d/b/a MICRO SOLUTIONS ENTERPRISES

    COUNTERCLAIM DEFENDANT

v.

PENDL COMPANIES, INC.

    COUNTERCLAIM DEFENDANT

v.

NER DATA PRODUCTS, INC.

    COUNTERCLAIM DEFENDANT

Civil Action No. 04-CV-84-GFVT
Pending in United States District Court
Eastern District of Kentucky
Honorable Gregory F. Van Tatenhove

Miscellaneous Action No. 06-00474-GK

## LEXMARK'S AND MCDERMOTT WILL & EMERY'S STIPULATED WITHDRAWAL OF LEXMARK'S SUBPOENA TO MCDERMOTT WILL & EMERY

This matter is before the Court as a result of: i) Lexmark International, Inc. ("Lexmark") serving a subpoena on McDermott Will & Emery LLP ("McDermott"), trial counsel for Static Control Components, Inc. ("SCC") in the underlying action pending in the Eastern District of Kentucky; and ii) McDermott moving this Court to quash Lexmark's subpoena (D.E. No. 1).

By agreement of Lexmark and McDermott, and the Court being otherwise sufficiently advised, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. Lexmark's October 18, 2006 subpoena served on McDermott is withdrawn;

2. McDermott's request for costs (including attorneys' fees) in conjunction with its motion to quash Lexmark's subpoena is withdrawn; and

3. McDermott's motion to quash Lexmark's subpoena (D.E. No. 1) is **DENIED** as moot.

Entered this _____ day of _____, 2007

_____

AGREED TO:

_/s/ Christopher B. Roth_____
Joseph M. Potenza (D.C. Bar # 232637)
Robert S. Katz (D.C. Bar # 438901)
Frederic M. Meeker (D.C. Bar # 439945)
Christopher B. Roth (D.C. Bar # 473052)
BANNER & WITCOFF, LTD.
1100 13th Street, N.W., Suite 1200
Washington, DC 20005
Telephone: (202) 824-3000
Facsimile: (202) 824-3001

Charles E. Shivel, Jr.
Steven B. Loy

/s/ Stefan M. Meisner_(with permission by CBR)
William H. Barrett (D.C. Bar # 954131)
Stefan M. Meisner (D.C. Bar # 467886)
Paul E. Poirot (D.C. Bar # 459844)
McDermott Will & Emery LLP
600 13th Street, N.W.
Washington, D.C. 20005

**Attorneys for McDermott Will & Emery LLP and Plaintiff/Counterclaim Defendant Static Control Components, Inc.**

Hanly A. Ingram
STOLL KEENON OGDEN PLLC
300 West Vine Street, Suite 2100
Lexington, KY 40507
Telephone: (859) 231-3000
Facsimile: (859) 253 1093

Mark T. Banner (D.C. Bar # 448094)
Christopher J. Renk (D.C. Bar # 428239)
Timothy C. Meece
Binal J. Patel
Matthew P. Becker
Jason S. Shull
Michael L. Krashin
BANNER & WITCOFF, LTD.
10 S. Wacker Drive, Suite 3000
Chicago, IL 60606
Telephone: (312) 463-5000
Facsimile: (312) 463-5001

W. Andrew Cophenhaver
Hada V. Haulsee
WOMBLE CARLYLE SANDRIDGE
AND RICE, PLLC
One West Fourth Street
Winston-Salem, NC 27101
Telephone: (336) 721-3655
Facsimile: (336) 721-3660

**Attorneys for Defendant/Counterclaim Plaintiff Lexmark International, Inc.**

## CERTIFICATION

This is to certify that a true and accurate copy of the foregoing has been served by U.S. Mail, postage prepaid, this 30th day of March, 2007 as follows:

**VIA U.S. MAIL**
W. Craig Robertson III
Mickey T. Webster
Sharon L. Gold
Wyatt Tarrant & Combs, LLP
250 W. Main Street, Suite 1600
Lexington, KY 40507
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Seth D. Greenstein
Constantine Cannon, P.C.
1627 Eye Street, NW
Tenth Floor
Washington, D.C. 20006
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Stefan M. Meisner, William H. Barrett,
Melise R. Blakeslee, Paul E. Poirot, John J. Dabney
McDermott, Will & Emery
600 13th Street, N.W.
Washington, D.C. 20005-3096
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Kevin M. Bolan
McDermott Will & Emery LLP
28 State Street
Boston, MA 02109-1775
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
James B. Heaton, III
Allison W. Freedman
Christopher D. Landgraff
Barlit Beck Herman Palenchar & Scott, LLP – Chicago
54 W. Hubbard Street
Suite 300
Chicago, IL 60610
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Joseph C. Smith, Jr.
Alison G. Wheeler
John M. Hughes
Barlit Beck Herman Palenchar & Scott, LLP – Denver
1899 Wynkoop Street
8th Floor
Denver, CO 80202
Attorneys for Static Control Components, Inc.

**VIA U.S. MAIL**
Stanley L. Amberg
11 Carolyn Lane
Chappaqua, New York 10514
Attorneys for Static Control Components, Inc

**VIA U.S. MAIL**
Douglas L. McSwain
Andrew DeSimone
Sturgill, Turner, Barker & Moloney, PLLC
333 West Vine Street, Suite 1400
Lexington, KY 40507
Attorneys for Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises

**VIA U.S. MAIL**
Darren S. Enenstein; Steven Dotan
Ned Gelhaar; O. Andrew Wheaton
Geronimo Perez
Richardson & Patel LLP
10900 Wilshire Blvd., Suite 500
Los Angeles, CA 90024
Attorneys for Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises

**VIA U.S. MAIL**
Elizabeth L. Swanson
Swanson and Associates
9454 Wilshire Boulevard
Suite 500
Beverly Hills, CA 90212
Attorneys for Wazana Brothers International, Inc. d/b/a Micro Solutions Enterprises

**VIA U.S. MAIL**
Andrew Oatway
Morisi & Oatway, P.C.
1400 Hancock Street, 3rd Floor
Quincy, MA 02169-5203
Attorneys for NER Data Products, Inc

**VIA U.S. MAIL**
Michael R. Reinemann
Thomas C. O'Konski
Martin J. O'Donnell
Cesari & McKenna, LLP
88 Black Falcon Avenue
Boston, Massachusetts 02210
Attorneys for NER Data Products, Inc

**VIA U.S. MAIL**
Jay E. Ingle
Jackson Kelly PLLC
P.O. Box 2150
175 E. Main Street, Suite 500
Lexington, KY 40588-9945
Attorneys for NER Data Products, Inc

**VIA U.S. MAIL**
John M. Famularo
Elizabeth Thompson
Daniel E. Danford
Stites & Harbison, PLLC
Suite 2300, 250 W. Main Street
Lexington, KY 40507
Attorneys for Pendl Companies, Inc.

**VIA U.S. MAIL**
Jack A. Wheat; Joel T. Beres
Jennifer Kovalcik; William Charles Ferrell, Jr.
John W. Scruton; Carol Dan Browning
Matthew A. Gillies; Julie McDonnell Payne
Jack A. Jeziorski; Jeffrey A. Haeberlin
Stites & Harbison, PLLC
400 West Market Street, Suite 1800
Louisville, KY 40202-3352
Attorneys for Pendl Companies, Inc.

**VIA U.S. MAIL**
James R. Michels
Alexandra MacKay
Stites & Harbison, PLLC
424 Church Street, Suite 1800
Nashville, TN 37219
Attorneys for Pendl Companies, Inc.

**VIA U.S. MAIL**
David H. Weber
Liebmann, Conway, Olejniczak
& Jerry, S.C.
231 South Adams Street
Green Bay, Wisconsin 54301
Attorneys for Pendl Companies, Inc.

**VIA U.S. MAIL**
Terry J. Booth
Amy E. Wochos
Piper & Schmidt
Fifth Floor – Van Buren Building
733 North Van Buren Street
Milwaukee, WI 53202-4709
Attorneys for American Family Mutual Insurance Company

By: ____/s/ Christopher B. Roth_____
Attorneys for Lexmark International, Inc.